■ In the Matter of the Arbitration between PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY, Respondent, and FLORA SOLODOKIN et al., Appellants; ALLSTATE INSURANCE COMPANY, Respondent. — Appeal by Flora and Arnie Solodokin (1) from a judgment of the Supreme Court, Nassau County (Becker, J.), entered March 17, 1982, which granted a permanent stay of arbitration; and (2), as limited by their brief, from so much of an order of the same court, dated October 5, 1982, as, upon reargument, adhered to the original determination. Appeal from the judgment entered March 17, 1982, dismissed. That judgment was superseded by the order dated October 5, 1982, made upon reargument. Order dated October 5, 1982, affirmed, insofar as appealed from. No opinion. Petitioner is awarded one bill of costs. Lazer, J. P., Mangano, Gulotta and Bracken, JJ., concur.

■ In the Matter of VERONICA TREHY, as Mother and Natural Guardian of JOSEPH P. TREHY, JR., an Infant, Respondent, v COMMACK UNION FREE SCHOOL DISTRICT et al., Appellants. — In a proceeding pursuant to CPLR article 78 to, *inter alia*, expunge the school record of the infant son of the petitioner of any reference to a five-day suspension, the appeal (by permission) is from an order of the Supreme Court, Suffolk County (D'Amaro, J.), dated May 10, 1982, which denied the appellants' motion to dismiss the petition for failure to comply with subdivision 1 of section 3813 of the Education Law. Order affirmed, without costs or disbursements. Since petitioner has sought primarily equitable relief in this proceeding, compliance with the notice of claim provisions contained in subdivision 1 of section 3813 of the Education Law was not necessary (see *Ruocco v Doyle*, 38 AD2d 132). Accordingly, the denial of appellants' motion to dismiss was proper. Lazer, J. P., Mangano, Gulotta and Bracken, JJ., concur.

■ In the Matter of JASON B. W. DIRECTOR OF PROTECTIVE SERVICES FOR CHILDREN, Respondent; LINDA W., Appellant. — In a neglect proceeding pursuant to article 10 of the Family Court Act, the appeal is from an order of the Family Court, Nassau County (Cohen, J.), dated November 18, 1981, which adjudged the infant son of the appellant to be a neglected child and awarded custody of said child to the respondent for a period of 18 months. Order affirmed, without costs or disbursements. A review of the record discloses clear and convincing evidence of neglect. Lazer, J. P., Mangano, Gulotta and Bracken, JJ., concur.